UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22833-BLOOM/Otazo-Reyes

BEHAVIOR ANALYST
CERTIFICATION BOARD, INC.,
NCS PEARSON, INC.
*doing business as*
PEARSON VUE,

    Plaintiffs,

v.

MARTA PELAEZ ELVIREZ,

    Defendant.
_____/

**ORDER TAXING COSTS**

    **THIS CAUSE** is before the Court upon Plaintiff Behavior Analyst Certification Board Inc.'s ("Plaintiff") Bill of Costs and Memorandum of Law in Support of Bill of Costs. ECF Nos. [56]-[57] (collectively "Motion for Bill of Costs" or "Motion"). Therein, Plaintiff seeks $402.00 in taxable costs as the prevailing party in this case. ECF No. [57] at 2 (citing 28 U.S.C. § 1920). The $402.00 requested is the amount of the filing fee. *Id.*; *see also* ECF No. [56] at 5.

    After a review of the materials submitted by Plaintiff, the Court finds that the requested costs are reasonable and recoverable. *See Goodman v. Sperduti Enterps., Inc.*, No. 08-62096-CIV, 2009 WL 3200681, at *3 (S.D. Fla. Oct. 6, 2009) ("There is no question that Plaintiff is entitled to the cost of the filing fee because it falls into one of the categories of reimbursable costs under 28 U.S.C. § 1920[.]"). Therefore, Plaintiff is entitled to recover $402.00 in taxable costs.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Motion, **ECF Nos. [56]-[57]**, is **GRANTED**.

Case No. 21-cv-21873-BLOOM/Otazo-Reyes

2. Plaintiff is entitled to $402.00 in taxable costs from Defendant Marta Pelaez Elvirez.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 30, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record